KAMALA D. HARRIS
Attorney General of California
LESLIE P. MCELROY, State Bar No. 132199
Supervising Deputy Attorney General
ERIC D. BATES, State Bar No. 170444
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-2457
  Fax:  (213) 897-2805
  E-mail:  Eric.Bates@doj.ca.gov
*Attorneys for Defendant,*
*Toby Douglas, Director of the*
*California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AIDS HEALTHCARE FOUNDATION,**<br><br>Plaintiff,<br><br>**v.**<br><br>**TOBY DOUGLAS, Director of the California Department of Health Care Services,**<br><br>Defendant. | Case No. CV09-08199 R (PLAx)<br><br>**ORDER  GRANTING DEFENDANT'S  *EX PARTE* APPLICATION  FOR PROTECTIVE ORDER** |

On August 28, 2012, a hearing was held on Defendant's *Ex Parte*

Application for Protective Order as to the depositions of Defendant Toby Douglas,

Director of the California Department of Health Care Services, and Vanessa Baird,

Deputy Director of Health Care Benefits and Eligibility of the California

Department of Health Care Services.

///

///

///

///

1    FOR GOOD CAUSE SHOWING, the Court GRANTS Defendant's *Ex Parte*

2    Application for Protective Order as to both Toby Douglas and Vanessa Baird.

3    IT IS SO ORDERED.

4

5    Dated:  September 12, 2012        _____

6                                     The Honorable Manuel L. Real
                                      United States District Judge
7

8

9

10

11

12

13

14

15

16
     LA2009604594
17   51150448.doc

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR PROTECTIVE ORDER