# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>TOBY DOUGLAS, Director of the California Department of Health Care Services,<br><br>  Defendant. | CASE NO. CV 09-8199-R<br><br>JUDGMENT DENYING, IN PART, AND GRANTING, IN PART, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DENYING, IN PART, AND GRANTING, IN PART, PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND PERMANENTLY ENJOINING DEFENDANT |

Plaintiff Aids Healthcare Foundation ("Plaintiff") initiated this action in response to Section 14105.46 of the California Welfare and Institutions Code ("Section 14105.46"), which imposed new requirements on prescription drug providers that participate in the 340B program of Section 602 of the Veterans Health Care Act of 1992 and codified at Title 42 U.S.C. § 256b. The parties filed cross motions for summary judgment on the Plaintiff's remaining claims. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment as to Plaintiff's first and second Equal Protection claims is GRANTED because Defendant has shown a rational basis for Section 14105.46. Defendant's Motion is DENIED as to Plaintiff's third,

1  fifth, and seventh claims.

2  **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is
3  GRANTED as to its third, fifth, and seventh claims because (a) the State of California and
4  Defendant failed to obtain federal approval of a state plan amendment before implementing
5  Section 14015.46, and (b) neither the Legislature nor the Defendant considered the relevant Title
6  42 U.S.C. § 1396(a)(30)(A) factors before implementing Section 14105.46.  Plaintiff's Motion is
7  DENIED as to its first and second Equal Protection claims.

8  **IT IS FURTHER ORDERED** that Defendant, his agents, servants, employees, attorneys,
9  successors, and all those working in concert with him, are permanently enjoined from enforcing
10 Section 14105.46.

11 Dated:  May  3, 2013.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE