JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION,<br><br>    Plaintiff,<br><br>vs.<br><br>TOBY DOUGLAS, Director of the California Department of Health Care Services,<br><br>    Respondent. | CASE NO. CV 09-08199 R<br><br>JUDGMENT DENYING, IN PART, AND GRANTING, IN PART, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DENYING, IN PART, AND GRANTING, IN PART, PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND PERMANENTLY ENJOINING DEFENDANT |

Plaintiff AIDS Healthcare Foundation ("Plaintiff") initiated this action against Defendant Toby Douglas, Director of the California Department of Health Care Services ("Defendant" or the "Department") in response to Section 14105.46 of the California Welfare and Institutions Code ("Section 14105.46"), which imposed new requirements on prescription drug providers that participate in the 340B program of Section 602 of the Veterans Health Care Act of 1992 and codified at Title 42 U.S.C. §256b.  The parties filed cross motions for summary judgment on the Plaintiff's remaining claims.  The Court granted, in part, and denied, in part, each party's

motion.  Both parties appealed.  The Ninth Circuit remanded this case in light of the January 30, 2014 approval of the State Plan Amendment by the Centers for Medicare and Medicaid Services ("CMS").  Having considered the 2014 CMS approval and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment as to Plaintiff's first and second Equal Protection claims is GRANTED because Defendant has shown a rational basis for Section 14105.46.  Defendant's Motion is DENIED as to Plaintiff's third, fifth and seventh claims.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is GRANTED as to its third, fifth and seventh claims because (a) the State of California and Defendant failed to obtain federal approval of a state plan amendment before implementing Section 14105.46, and (b) neither the Legislature nor the Defendant considered the relevant Title 42 U.S.C. §1396(a)(30)(A) factors before implementing Section 14105.46.  Plaintiff's Motion is DENIED as to its first and second Equal Protection claims.

**IT IS FURTHER ORDERED** that Defendant, his agents, servants, employees, attorneys, successors, and all those working in concert with him, are permanently enjoined from enforcing Section 14105.46.

DATED:  July 23, 2014

*/s/ signature*

**HON. MANUEL L. REAL**
JUDGE OF THE UNITED STATES
DISTRICT COURT