KATHLEEN A. KENEALY
Acting Attorney General of California
JENNIFER M. KIM
Supervising Deputy Attorney General
LESLIE P. MCELROY, State Bar No. 132199
Supervising Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2532
 Fax:  (213) 897-2805
 E-mail:  Leslie.McElroy@doj.ca.gov
*Attorneys for Defendant
David Maxwell-Jolly, Director, California
Department of Health Care Services*

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **AIDS HEALTHCARE FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID MAXWELL-JOLLY, Director of the California Department of Health Care Services,**<br><br>Defendant. | Case No. 2:09-cv-08199-R-PLA<br><br>**JUDGMENT**<br><br>Courtroom:  8<br>Judge:   Hon. Manuel L. Real |

After consideration of the mandate issued on December 1, 2016, by the United States Court of Appeals for the Ninth Circuit in the matter of *AIDS Healthcare Foundation v. Toby Douglas, Director of the California Department of Health Care Services,* Case Nos. 14-56333 and 14-56368,  this Court orders summary judgment in favor of Defendant and against Plaintiff AIDS Healthcare Foundation as to Plaintiff's equal protection claims (Claims 1 and 2); Section 30(A) claims (Claims 3 and 5); and State Plan Amendment claim (Claim 7).

1 | The permanent injunction enjoining the implementation of California Welfare and Institutions Code section 14105.46 is hereby vacated.

**IT IS ORDERED, ADJUDGED AND DECREED.**

Dated: January 12, 2017

_____
Hon. Manuel Real
Judge of the United States District Court

LA2013509425
52346520.doc